# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 18-1213** | **September Term, 2018** |
| | SEC-83FR29158 |
| | **Filed On: March 12, 2019** [1777090] |

Twin Rivers Paper Company LLC, et al.,

    Petitioners

  v.

Securities and Exchange Commission,

    Respondent

    **BEFORE:**    Circuit Judges Henderson, Rogers, and Katsas

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on March 12, 2019 at 10:14 a.m. The cause was heard as case No. 2 of 2 and argued before the Court by:

    Jane C. Luxton, counsel for Petitioners.

    Tracey A. Hardin (SEC), counsel for Respondent.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:    /s/
            Shana E. Thurman
            Deputy Clerk